UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:20-cv-01226 |
| ) | |
| Def. No. 1: $19,525.37 seized from account No. ) | |
| 518008753126, styled as Physician Business ) | |
| Solution LLC, located at Bank of America, ) | |
| 7310 W. 21st St. N, Wichita, Kansas; et al.; ) | |
| ) | **FILED UNDER SEAL** |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER GRANTING LEAVE TO FILE UNDER SEAL

Whereas the government has filed an ex parte request to file under seal the Complaint and Affidavit.

The Court finds that the request should be GRANTED.

IT IS HEREBY ORDERED that the United States is authorized to file under seal its Complaint and Affidavit, that such pleadings shall remain sealed pending further order of the Court, and no public notice of this matter shall occur pending resolution of the parallel criminal investigation.

IT IS SO ORDERED.

Dated August 21, 2020.

      s/ James P. O'Hara

James P. O'Hara
U.S. Magistrate Judge